No. 2083. LLULL, APPELLEE, *v.* NADAL, APPELLANT.—Debt. Mayagüez.

No. 2089. MALDONADO, APPELLEE, *v.* NAVARRO, APPELLANT.— Unlawful detainer. Arecibo.

No. 2090. SILVA, APPELLEE, *v.* SUCCESSION OF M. PURO, APPELLANT.—Filiation. San Juan, Section 2.

No. 2096. ORONOZ, APPELLEE, *v.* MONTALVO, APPELLANT.— Unlawful detainer at sufferance. Aguadilla.

No. 2098. M. BARCELÓ & CO., APPELLEES, *v.* NAVARRO ET AL., APPELLANTS.—Nullity of deed. Arecibo.

No. 2100. FERRER, APPELLEE, *v.* RAMÍREZ, APPELLANT.—Unlawful detainer. Mayagüez. November 6, 1919. *Appeals dismissed.*

---

No. 266. ALEMÁN, PETITIONER, *v.* TEXIDOR, DISTRICT JUDGE, RESPONDENT.—Certiorari. November 10, 1919. *Petition denied.*

---

No. 1415. PEOPLE, APPELLEE, *v.* VINCENTY, APPELLANT.— Violation of the Internal Revenue Law. Mayagüez. November 11, 1919. *Modified.*

---

No. 2014. ROBLEDO, APPELLEE, *v.* VIZCARRONDO, APPELLANT.—Debt. San Juan, Section 2. November 13, 1919. *Appeal withdrawn.*

---

No. 2127. NEGRÓN, APPELLEE, *v.* MALDONADO, APPELLANT.— Debt. Guayama. November 13, 1919. *Dismissed.*

---

No. 263. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT.—Certiorari. November 14, 1919.—*Petition denied.*

---

No. 1422. PEOPLE, APPELLEE, *v.* SERRANO, APPELLANT.— Crime against the public health. Arecibo. November 14, 1919. *Affirmed.*